UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUDEL L.A, | No. 1:26-cv-02933-TLN-EFB |
| Petitioner, | A # 220-842-731 |
| v. | |
| WARDEN, GOLDEN STATE ANNEX DETENTION FACILITY, | **ORDER** |
| Respondent. | |

Petitioner Raudel L.A.[1] ("Petitioner"), an immigration detainee who is representing himself, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) and Motion for Temporary Restraining Order (ECF No. 2).  The Court set a briefing schedule.

Based on the facts surrounding Petitioner's detention, the Court provisionally authorizes Petitioner to proceed in forma pauperis.  *See* 28 U.S.C. § 1914.

In light of the complexity of the legal issues involved, the Court has determined that the interests of justice require the appointment of counsel for Petitioner.  *See* 18 U.S.C. § 3006A(a)(2)(B); *see also Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).  Within **seven (7) days** from the date of this Order, the appointing authority for the Eastern District of California

---

[1]   As recommended by the Committee on Court Administration and Case Management of the Judicial Conference of the United States, the Court omits Petitioner's full name to protect sensitive personal information.  *See* Memorandum re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

1

shall identify counsel and send counsel's contact information to Michele Krueger, Courtroom Deputy for Chief Judge Troy Nunley, via email at mkrueger@caed.uscourts.gov, who shall update the docket to reflect counsel's appointment.  If counsel is not a member of the Eastern District of California Criminal Justice Act ("CJA") Panel, the Court hereby authorizes them to serve as CJA counsel for petitioner for the duration of the proceedings in this Court pursuant to Local Rule 180(b)(1).

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner is provisionally authorized to proceed *in forma pauperis*, subject to Petitioner filing an application to proceed *in forma pauperis* within **thirty (30) days** from the date of this Order.  The Clerk of the Court is directed to serve Petitioner with an application to proceed *in forma pauperis*.

2. Within **seven (7) days** from the date of this Order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to Michele Krueger, Courtroom Deputy for Chief Judge Troy Nunley, who shall update the docket to reflect counsel's appointment.

3. The Clerk of the Court shall serve a copy of this Order on the Federal Defender, Attention:  Habeas Appointment, along with a copy of the § 2241 petition.

IT IS SO ORDERED.

Date: April 20, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE